IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEMOND CRUMP. JR. and<br>JEWEL SANITARY NAPKIN, LLC | ) <br>) <br>) | |
|     Plaintiffs, | ) | |
| v. | ) <br>) | |
| CUMBERLAND MALL, LLC,<br>CBRE GROUP, INC.,<br>BROOKFIELD CORPORATION,<br>BROOKFIELD PROPERTIES, LLC,<br>BROOKFIELD PROPERTY<br>PARTNERS, LP, and<br>BROOKFIELD PROPERTIES<br>RETAIL, INC.,<br>    Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Civil Action No.: |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendants Cumberland

Mall, LLC and Brookfield Properties Retail, Inc. ("Defendants"), file this Petition

for Removal to the United States District Court for the Northern District of Georgia.

In support of this Petition for Removal, Defendants state as follows:

1.

Demond Crump, Jr. and Jewel Sanitary Napkins, LLC ("Plaintiffs")

commenced this action by filing a complaint on October 28, 2025, in the Superior

Court of Cobb County, Georgia.  A true and correct copy of the Complaint is attached

hereto as Exhibit "A".

2.

In their Complaint, Plaintiffs allege that on July 11, 2025, while they were at the Cumberland Mall, Demon Crump, Jr., who is disabled, was discriminated against by being denied full and safe access to the benefits, accommodations and services at the Cumberland Mall. (Complaint at ¶¶8, 11-12). Specifically, Plaintiffs allege that they were asked to leave Cumberland Mall because of Mr. Crump's disability, cerebral palsy, which was a violation of Title III of the Americans with Disabilities Act ("ADA"). (Complaint at ¶14). Plaintiffs seek monetary damages as a result of this alleged violation of Mr. Crump's rights under the ADA.

3.

In Count One of their Complaint, Plaintiffs allege violation of 28 U.S.C. §12181 *et seq.* Plaintiffs' civil action, alleging the Defendants violated Title III of the Americans with Disabilities Act, is a civil action arising under the laws of the United States, which gives this Court original jurisdiction of the controversy between Plaintiffs and Defendants on the basis of federal question jurisdiction, pursuant to the provisions of 28 U.S.C. §1331.

4.

In addition to the claim alleging violation of the ADA, Plaintiffs have also asserted a claim for intentional interference with business operations. (Complaint – Count Two). This claim also stems from the allegation that Mr. Crump was removed

from Cumberland Mall on July 11, 2025, because of his disability. (Complaint at ¶23). This claim arises out of the exact same facts as the claim for violation of the ADA. Based on the interrelation of this claim to the alleged violation of the ADA, supplemental jurisdiction pursuant to 28 U.S.C. §1667 exists over this claim.

5.

Defendants Cumberland Mall, LLC and Brookfield Properties Retail, Inc. were purportedly served on November 20, 2025.

6.

A true and correct copy of all process, pleadings, and orders served upon these Defendants are attached hereto as Exhibit "B".

7.

This Petition for Removal is timely filed, pursuant to and in accordance with 28 U.S.C. §1446(b)(1), within thirty days of Defendants being served with a copy of the initial pleading.

8.

No other named defendants have been properly joined and served requiring their consent.

9.

Because this Court has original jurisdiction under federal question jurisdiction, this action may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441.

10.

Furthermore, venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §1441. Plaintiffs' Complaint was filed in the Superior Court of Cobb County, which is part of the Atlanta Division, and a substantial part of the events giving rise to the claim occurred in Cobb County.

11.

Pursuant to 28 U.S.C. §1446, a Notice of Removal is submitted contemporaneously this day for filing with the Clerk of the Superior Court of Cobb County, Georgia. A copy of the notice to be filed in the Superior Court of Cobb County is attached hereto as Exhibit "C".

12.

As evidenced on the attached Certificate of Service, written notice of the filing of this Petition for Removal has been given to all adverse parties as required by 28 U.S.C. §1446(d).

13.

This removal does not constitute a waiver of any available defenses to Defendants under Federal Rule of Civil Procedure 12; nor does this Petition for Removal constitute an admission by any Defendants to the allegations made in Plaintiffs' Complaint.

WHEREFORE, Defendants Cumberland Mall, LLC and Brookfield Properties Retail, Inc. pray that this Petition be filed and that Civil Action No. 25CV08358 in the Superior Court of Cobb County, Georgia, be removed to and proceed in this Court; and that no further proceedings be had in this case in the Superior Court of Cobb County, Georgia.

This 18th day of December, 2025.

ELLIS PAINTER

*s/ Tracy O'Connell*
TRACY C. O'CONNELL
Georgia Bar Number 553460
toconnell@ellispainter.com
*Counsel for Defendants Cumberland Mall,*
*LLC and Brookfield Properties Retail, Inc.*

24 Oglethorpe Professional Blvd.
Second Floor
Savannah, Georgia 31406
(912) 233-9700 Phone
(912) 233-2281 Fax

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day served a true and correct copy of the within and foregoing document on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing and by electronic mail to the follow:

Michael D. Johnson
Morris Little
Taylor Duma LLP
1600 Parkwood Circle, Suite #200
Atlanta, Georgia 30339

☐ depositing a copy in the United States Mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery;

☒ via electronic mail: mjohnson@taylorduma.com; mlittle@taylorduma.com

This 18th day of December, 2025

ELLIS PAINTER

*s/ Tracy O'Connell*
TRACY C. O'CONNELL
Georgia Bar Number 553460
toconnell@ellispainter.com
*Counsel for Defendants Cumberland Mall,*
*LLC and Brookfield Properties Retail, Inc.*

24 Oglethorpe Professional Blvd.
Second Floor
Savannah, Georgia 31406
(912) 233-9700 Phone
(912) 233-2281 Fax