# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEMOND CRUMP, JR. AND JEWEL SANITARY NAPKINS, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>CUMBERLAND MALL, LLC, CBRE GROUP, INC., BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, AND BROOKFIELD PROPERTIES RETAIL, INC.,<br><br>        Defendants. | Civil Action No. 1:25-cv-07260-SEG<br><br>Removed from the Superior Court of Cobb County, Georgia, Case No. 25-cv-08358 |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Cumberland  Mall,  LLC ("Cumberland Mall"), and Brookfield Properties  Retail,  Inc. ("Brookfield Properties Retail"), CBRE Group, Inc. ("CBRE"), Brookfield Corporation, and Brookfield Property Partners, LP, (collectively, "Defendants"), by and through their attorneys, hereby move for an extension of time, up to and including February 10, 2026, within which to answer or otherwise respond to the Complaint in the above-captioned action.  In support of their unopposed motion (the "Motion"), Defendants state as follows:

322983925v.4

1.      On or about October 28, 2025, Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC (collectively, "Plaintiffs") commenced a civil action against Defendants in the Superior Court of Cobb County, State of Georgia. The action is recorded on that court's docket as 25-CV-08358 (the "State Court Action").

2.      On December 18, 2025, Cumberland Mall and Brookfield Properties Retail removed the State Court Action to federal court.  (ECF No. 1.)

3.      On December 19, 2025, CBRE filed a Consent to Removal with this Court pursuant to 28 U.S.C. § 1446(b)(2)(A).  (ECF No. 5.)

4.      On December 23, 2025, the Court granted the unopposed motion by CBRE for an extension of time through and including January 26, 2026.  (ECF No. 9.)

5.      On December 29, 2025, the Court granted the unopposed motion by Brookfield Properties Retail and Cumberland Mall for an extension of time through and including January 26, 2026.

6.      On January 7, 2026, Brookfield Corporation and Brookfield Property Partners, L.P. filed a document acknowledging service on January 6, 2026. (ECF No. 11.)

7.      To provide additional time for Defendants to investigate the allegations and prepare a response, which may consist of dispositive motion practice,

322983925v.4

Defendants respectfully request an extension of time through and including February 10, 2026.

8.     On January 21, 2026, counsel for Plaintiffs represented by way of electronic mail that Plaintiffs do not object to or oppose Defendants' Motion. Additionally, the parties are scheduled to conduct a case/discovery planning meeting on January 23, 2025.

9.     There are no status conferences or hearings scheduled that will be affected by this Motion.

10.     This is second request for an extension of the responsive pleading deadline of Cumberland Mall, Brookfield Properties Retail, and CBRE.

11.     This Motion is filed before the response to the Complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Defendants respectfully request that the Court enter an order granting it until February 10, 2026 to respond to the Complaint.

Dated: January 22, 2026

Respectfully submitted,

3

ELLIS PAINTER

By: */s/  Tracy O'Connell*

Tracy C. O'Connell
Georgia Bar No. 553460
toconnell@ellispainter.com
24 Oglethorpe Professional Blvd.,
Second Floor
Savannah, Georgia 31406
Telephone:  (912) 233-9700
Facsimile:  (912) 233-2281

*Attorneys for Defendants Cumberland
Mall,  LLC, Brookfield Properties
Retail, Inc., Brookfield Corporation and
Brookfield Property Partners, L.P.*

SEYFARTH SHAW LLP

By: */s/  Rebecca Woods*

Rebecca Woods
Georgia Bar No. 942321
rwoods@seyfarth.com
1075 Peachtree Street, N.E., Suite
2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Attorneys for Defendant CBRE GROUP, INC.*

322983925v.4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DEMOND CRUMP, JR. AND JEWEL SANITARY NAPKINS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CUMBERLAND MALL, LLC, CBRE GROUP, INC., BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, AND BROOKFIELD PROPERTIES RETAIL, INC.,<br><br>Defendants. | Civil Action No.  1:25-cv-07260-SEG<br><br>Removed from the Superior Court of Cobb County, Georgia, Case No. 25-cv-08358 |

## CERTIFICATE OF SERVICE

I certify that on January 22, 2026, I filed the foregoing document with the

Clerk of Court using the CM/ECF system, which will send e-mail notification of

such filing to all attorneys of record.

/s/ Rebecca Woods
Rebecca Woods

5

322983925v.4