**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DEMOND CRUMP, JR. AND JEWEL
SANITARY NAPKINS, LLC,

      Plaintiffs,

    v.

CUMBERLAND MALL, LLC, CBRE
GROUP, INC., BROOKFIELD
CORPORATION, BROOKFIELD
PROPERTIES, LLC, BROOKFIELD
PROPERTY PARTNERS, LP, AND
BROOKFIELD PROPERTIES
RETAIL, INC.,

      Defendants.

Civil Action No. 1:25-cv-07260-SEG

Removed from the Superior Court of Cobb County, Georgia, Case No. 25-cv-08358

**<u>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

The Court, having considered Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint (ECF No. 13), hereby ORDERS as follows:

The Motion is GRANTED for the reasons set forth in the Motion. The deadline for Defendants Cumberland Mall, LLC, Brookfield Properties Retail, Inc., CBRE Group, Inc., Brookfield Corporation, and Brookfield Property Partners, LP to respond to the Complaint is extended through and including February 10, 2026.

2

SO ORDERED this 23rd day of January, 2026.

_____

Sarah E. Geraghty
United States District Judge

322983934v.2