# taylor | duma

**Taylor Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  **taylorduma.com**

Michael D. Johnson, Esq.
Direct Dial: 678-336-7294
_mjohnson@taylorduma.com_

January 26, 2026

**VIA CM/ECF FILING**

Kevin Weimer, Clerk
United States District Court
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building
75 Ted Turner Drive S.W., Room 2211
Atlanta, GA 30303

> **RE:** **Petition/Notice of Leave of Absence**
> **_Demond Crump, Jr. and Jewel Sanitary Napkins, LLC v. Cumberland Mall, LLC, et al._**
> **U.S. District Court, NDGA - Atlanta Division**
> **Civil Action File No., 1:25-cv-07260-SEG**

Dear Mr. Weimer:

Pursuant to Local Rule 83.1 (E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- **Thursday, March 19, 2026 through and including Friday, April 10, 2026**

The purpose is for personal vacation.  I respectfully request that this case not be calendared during these dates.

Respectfully,

Michael D. Johnson

MDJ:lh
cc:  All counsel of record (via CM/ECF only)