**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DEMOND CRUMP, JR. AND JEWEL SANITARY NAPKINS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CUMBERLAND MALL, LLC, CBRE GROUP, INC., BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, AND BROOKFIELD PROPERTIES RETAIL, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-07260-SEG<br><br>Removed from the Superior Court of Cobb County, Georgia, Case No. 25-cv-08358 |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant USMP Cumberland Investor, LP (erroneously identified in the Complaint as "CBRE Group, Inc."), by their undersigned attorneys and pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, hereby states as follows:

**(1)   The undersigned counsel of record for Defendant USMP Cumberland Investor, LP certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

De[s]mond Crump, Jr., Jewel Sanitary Napkins, LLC, Cumberland Mall, LLC, Brookfield Corporation, Brookfield Properties, LLC, Brookfield Property Partners, LP, Brookfield Properties Retail, Inc., and USMP Cumberland Investor, LP.

323425351v.2

**(2)    The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

None

**(3)    The undersigned further certify that the following is a full and complete list of all persons serving as lawyers for the parties in this proceeding:**

For Plaintiffs:

Michael Darrell Johnson
Morris O. Little, Jr.

For Defendants Cumberland Mall, LLC, Brookfield Corporation, Brookfield Properties, LLC, Brookfield Property Partners, LP, Brookfield Properties Retail, Inc.:

Tracy Cullen O'Connell

For Defendant USMP Cumberland Investor, LP:

Rebecca Woods
John W. Egan (*pro hac vice admission pending*)

SEYFARTH SHAW LLP

By: */s/  Rebecca Woods*
      Rebecca Woods
      Georgia Bar No. 942321
      rwoods@seyfarth.com
      1075 Peachtree Street, N.E., Suite 2500
      Atlanta, Georgia  30309-3958
      Telephone:  (404) 885-1500
      Facsimile:  (404) 892-7056
      *Attorneys for Defendant UMSP Cumberland Investor, LP*

2

323425351v.2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DEMOND CRUMP, JR. AND JEWEL SANITARY NAPKINS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CUMBERLAND MALL, LLC, CBRE GROUP, INC., BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, AND BROOKFIELD PROPERTIES RETAIL, INC., <br><br> Defendants. | Civil Action No. 1:25-cv-07260-SEG <br><br> Removed from the Superior Court of Cobb County, Georgia, Case No. 25-cv-08358 |

## CERTIFICATE OF SERVICE

I certify that on February 10, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

/s/ Rebecca Woods
Rebecca Woods

3

323425351v.2