**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DEMOND CRUMP, JR. AND JEWEL SANITARY NAPKINS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CUMBERLAND MALL, LLC, CBRE GROUP, INC., BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, AND BROOKFIELD PROPERTIES RETAIL, INC., <br><br> Defendants. | Case No. 1:25-CV-07260-SEG <br><br> REMOVED FROM THE SUPERIOR COURT OF COBB COUNTY, GEORGIA, CASE NO. 25-CV-08358 |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Defendant USMP Cumberland Investor, LP (erroneously identified in the Complaint as "CBRE Group, Inc.") ("Defendant"), by its attorneys and pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure and Civil Local Rule 7.1(a), hereby moves the Court to dismiss the Complaint filed by Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC ("Plaintiffs"). The first count in the Complaint under Title III of the Americans with Disabilities Act should be dismissed under Rule 12(b)(1) for lack of standing and under Rule 12(b)(6) for failure to state a claim. The second count in the Complaint for tortious

1

interference with business relations should also be dismissed under Rule 12(b)(6) for failure to state a claim.

WHEREFORE, Defendant respectfully requests that its motion be granted and that Plaintiffs' lawsuit be dismissed.  The specific grounds in support of this motion are set forth in the accompanying Defendant's Memorandum of Law in Support of Its Motion to Dismiss filed contemporaneously herewith.

Date: February 10, 2026                    Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Rebecca Woods*
    Rebecca Woods, Georgia Bar No. 942321
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309-3958
    (404) 885-1500
    rwoods@seyfarth.com

    John W. Egan  (admitted *pro hac vice*)
    620 Eighth Avenue, 32nd Floor
    New York, New York  10018-1405
    (212) 218-5500
    jegan@seyfarth.com

    *Attorneys for Defendant USMP Cumberland Investor, LP (erroneously identified as "CBRE GROUP, INC.")*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEMOND CRUMP, JR. AND JEWEL SANITARY NAPKINS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CUMBERLAND MALL, LLC, CBRE GROUP, INC., BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, AND BROOKFIELD PROPERTIES RETAIL, INC.,<br><br>    Defendants. | Case No. 1:25-CV-07260-SEG |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026 I electronically filed the foregoing

using the CM/ECF System which will electronically notify all counsel of record.

*s/ Rebecca Woods*
*Attorney for Defendant*

3