**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DEMOND CRUMP, JR. and JEWEL SANITARY NAPKIN, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No. 1:25-CV-07260-SEG |
| v. | ) ) | Removed from the Superior |
| CUMBERLAND MALL, LLC, CBRE GROUP, INC. BROOKFIELD CORPORATION, BROOKFIELD PROPERTIES, LLC, BROOKFIELD PROPERTY PARTNERS, LP, and BROOKFIELD PROPERTIES RETAIL, INC., | ) ) ) ) ) ) ) ) ) | Court of Cobb County, Georgia Case No. 25-cv-08358 |
| Defendants. | ) | |

**PLAINTIFFS DEMOND CRUMP. JR. AND JEWEL SANITARY NAPKINS, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE REPOND TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT**

Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC ("Plaintiffs"), by and through their attorneys, hereby move for an extension of time, up to and including March 31, 2026, within which to answer or otherwise respond to Defendants' Motions to Dismiss the Complaint in the above-captioned action. In support of Plaintiffs' unopposed motion (the "Motion"), Plaintiffs show as follows:

1

1. Defendants' Motions to Dismiss were filed on or about February 10, 2026 (ECF Nos. 18 & 19).

2. Lead counsel for Plaintiffs did not receive any notice of Defendants' filings from any source or otherwise become aware of the Motions to Dismiss until on or about March 10, 2026.

3. To provide sufficient time for Plaintiffs to prepare a response, Plaintiffs respectfully request an extension of time to answer or otherwise respond to the Motions to Dismiss of twenty (20) days, which would make its deadline for responding March 31, 2026.

4. On March 11, 2026, counsel for Defendants represented by way of electronic mail that Defendants do not object to or oppose this Motion.

5. There are no status conferences or hearings scheduled that will be affected by this motion.

6. This is Plaintiffs' first request for an extension of time in which to file a responsive pleading.

7. This motion is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting it until March 31, 2026, to file their Answer or otherwise respond to the Defendants' Motions to Dismiss.

2

This 24th day of March, 2026.

                                                  Ardis Law, LLP

                                                  <u>s/ Michael D. Johnson</u>
                                                  MICHAEL D. JOHNSON
                                                  Georgia Bar Number 399430
                                                  *mjohnson@ardis.law*
                                                  LISA F. HARPER
                                                  Georgia Bar. No. 328314
                                                  lharper@ardis.law
                                                  *Counsel for Plaintiffs Demond Crump,*
                                                  *Jr. and Jewel Sanitary Napkins, LLC*

2300 Windy Ridge Pkwy., S.E.
Ste. 1165 N.
Atlanta, Georgia 30339
(470) 762-6546 (Phone)

# **CERTIFICATE OF COMPLIANCE**

Counsel of Record hereby certifies that pursuant to LR 7.1(D) of the Civil Local Rules of this Court, the enclosed motion of the Plaintiffs is produced using one of the font and point selections approved by the Court in LR 5.1(B) and that the brief does not contain more than 10 characters per inch of type.

Date: March 24, 2026

s/ Michael D. Johnson
MICHAEL D. JOHNSON
Georgia Bar Number 399430
mjohnson@ardis.law
LISA F. HARPER
Georgia Bar. No. 328314
lharper@ardis.law
*Counsel for Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served a true and correct copy of the within and foregoing document on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing and by electronic mail to the follow:

TRACY C. O'CONNELL
ELLIS PAINTER
24 Oglethorpe Professional Blvd.
Second Floor
Savannah, Georgia 31406

Rebecca Woods
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958

John W. Egan (admitted pro hac vice)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Via electronic mail: toconnell@ellispainter.com; rwoods@seyfarth.com; jegan@seyfarth.com

Ardis Law, LLP

s/ Michael D. Johnson
MICHAEL D. JOHNSON
Georgia Bar Number 399430
mjohnson@ardis.law
LISA F. HARPER
Georgia Bar. No. 328314
*Counsel for Plaintiffs Demond Crump, Jr.
and Jewel Sanitary Napkins, LLC*