IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEMOND CRUMP, JR. and<br>JEWEL SANITARY NAPKIN, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>CUMBERLAND MALL, LLC, CBRE<br>GROUP, INC. BROOKFIELD<br>CORPORATION, BROOKFIELD<br>PROPERTIES, LLC, BROOKFIELD<br>PROPERTY PARTNERS, LP, and<br>BROOKFIELD PROPERTIES RETAIL,<br>INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No.<br>1:25-CV-07260-SEG<br><br>Removed from the Superior<br>Court of Cobb County, Georgia<br>Case No. 25-cv-08358 |

**<u>ORDER GRANTING PLAINTIFFS DEMOND CRUMP. JR. AND JEWEL
SANITARY NAPKINS, LLC'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO ANSWER OR OTHERWISE REPOND TO
DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT</u>**

The Court, having considered Plaintiffs' Unopposed Motion for an Extension

of Time to Answer or Otherwise Respond to Defendants' Motions to Dismiss

Complaint, hereby ORDERS as follows:

The Motion is GRANTED for the reasons set forth in the Motion. The

deadline for Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC to

respond to the Motions to Dismiss is extended through and including March 31,

2026.

SO ORDERED this 25th day of March, 2026.

_____
Sarah E. Geraghty
United States District Judge

Prepared by:

Ardis Law, LLP

s/ Michael D. Johnson
MICHAEL D. JOHNSON
Georgia Bar Number 399430
mjohnson@ardis.law
LISA F. HARPER
Georgia Bar. No. 328314
lharper@ardis.law
*Counsel for Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC*