**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DEMOND CRUMP, JR. and <br> JEWEL SANITARY NAPKINS, LLC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) <br> ) | Civil Action File No. <br> 1:25-CV-07260-SEG |
| v. | ) <br> ) | Removed from the Superior |
| CUMBERLAND MALL, LLC, CBRE <br> GROUP, INC. BROOKFIELD <br> CORPORATION, BROOKFIELD <br> PROPERTIES, LLC, BROOKFIELD <br> PROPERTY PARTNERS, LP, and <br> BROOKFIELD PROPERTIES RETAIL, <br> INC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Court of Cobb County, Georgia <br> Case No. 25-cv-08358 |
| Defendants. | ) <br> ) | |

**PLAINTIFFS DEMOND CRUMP. JR. AND JEWEL
SANITARY NAPKINS, LLC'S NOTICE OF DISMISSAL
PURSUANT TO FEDERAL RULE 41 (A)(1)**

COME NOW Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC

("Plaintiffs"), by and through their attorneys, and hereby file, Pursuant to Federal

Rule 41(a)(1), this Notice of Dismissal, of Plaintiffs' Complaint. In support,

Plaintiffs show the following:

1. On or about October 28, 2025, Plaintiffs Demond Crump, Jr. and Jewel

Sanitary Napkins, LLC (collectively, "Plaintiffs") commenced a civil action against

1

Cumberland Mall, LLC, CBRE, Brookfield Corporation, Brookfield Properties, LLC, Brookfield Property Partners, LP, and Brookfield Properties Retail, Inc. in the Superior Court of Cobb County, State of Georgia. The action is recorded on that court's docket as 25-CV-08358 (the "State Court Action").

2. On December 18, 2025, Defendants removed the State Court Action to federal court. (ECF No. 1.)

3. Pursuant to Federal Rules of Civil Procedure 81(c)(2) and 6(a)(1), the deadline for Defendants to respond to the Complaint was December 26, 2025.

4. Defendants requested and received an unopposed extension in which to respond to Plaintiffs' Complaint. Defendants received a thirty (30) day extension, which extended the deadline for responding to Plaintiffs' Complaint, until January 26, 2026.[1]

5. Defendants filed Motions to Dismiss on February 10, 2026.

6. Counsel for Plaintiffs became aware of Defendants' Motions for Dismissal on or about March 10, 2026, and requested and received an extension of time in which to respond to Defendants' Motions to Dismiss.[2]

---

[1] The Court subsequently extended Defendants' time in which to file an Answer or otherwise respond to Plaintiffs' Complaint until February 10, 2026. (ECF No. 14.)

[2] Plaintiffs' extension of time in which to respond to Defendants' Motions to Dismiss extended the time until March 31, 2026.

7. Defendants have not filed an Answer nor a Motion for Summary Judgment.

8. Plaintiffs have not filed to dismiss any previously filed Complaint.

9. A plaintiff may file a Notice of Dismissal at any time before the opposing party serves either an answer or a motion for summary judgment. USCS Fed Rules Civ Proc R 41, *Absolute Activist Value Master Fund, Ltd. v. Devine*, 998 F.3d 1258 (2021), *Arias v. Cameron*, 776 F.3d 1262 (2015). This right is considered "unconditional" and does not require court approval. The dismissal is effective immediately upon filing, and the district court is divested of jurisdiction over the merits of the case. *Absolute Activist Value Master Fund, Ltd. v. Devine*, 998 F.3d 1258 (2021), *Arias v. Cameron*, 776 F.3d 1262 (2015), *Smith v. Williams*, 67 F.4th 1139 (2023), *Matthews v. Gaither*, 902 F.2d 877 (1990).

10. A dismissal under Rule 41(a)(1) is effective immediately upon filing and does not require further action by the court. This immediate effect deprives the court of jurisdiction over the case's merits. *Absolute Activist Value Master Fund, Ltd. v. Devine*, 998 F.3d 1258 (2021), *Smith v. Williams*, 67 F.4th 1139 (2023), *Matthews v. Gaither*, 902 F.2d 877 (1990), *Estate of West v. Smith*, 9 F.4th 1361 (2021).

Wherefore, Plaintiffs hereby file this Notice of Dismissal regarding the above styled action.

This 30th day of March, 2026.

3

Ardis Law, LLP

s/ Michael D. Johnson
MICHAEL D. JOHNSON
Georgia Bar Number 399430
mjohnson@ardis.law
LISA F. HARPER
Georgia Bar. No. 328314
lharper@ardis.law
*Counsel for Plaintiffs Demond Crump,
Jr. and Jewel Sanitary Napkins, LLC*

2300 Windy Ridge Pkwy., S.E.
Ste. 1165 N.
Atlanta, Georgia 30339
(470) 762-6546 (Phone)

## **CERTIFICATE OF COMPLIANCE**

Counsel of Record hereby certifies that pursuant to LR 7.1(D) of the Civil Local Rules of this Court, the enclosed motion of the Plaintiffs is produced using one of the font and point selections approved by the Court in LR 5.1(B) and that the brief does not contain more than 10 characters per inch of type.

Date: March 30, 2026

s/ Michael D. Johnson
MICHAEL D. JOHNSON
Georgia Bar Number 399430
*mjohnson@ardis.law*
LISA F. HARPER
Georgia Bar. No. 328314
lharper@ardis.law
*Counsel for Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served a true and correct copy of the within and foregoing **Notice of Dismissal** on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing and by electronic mail to the follow:

TRACY C. O'CONNELL
ELLIS PAINTER
24 Oglethorpe Professional Blvd.
Second Floor
Savannah, Georgia 31406

Rebecca Woods
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958

John W. Egan (admitted pro hac vice)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405

Via electronic mail: *toconnell@ellispainter.com*; *rwoods@seyfarth.com*; *jegan@seyfarth.com*

Ardis Law, LLP

s/ Michael D. Johnson
MICHAEL D. JOHNSON
mjohnson@ardis.law
LISA F. HARPER
*Counsel for Plaintiffs Demond Crump, Jr. and Jewel Sanitary Napkins, LLC*